UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

MICHAEL DOWNING,

        Plaintiff,                       Case No. 1:06CV232

v.                                       Hon. Robert J. Jonker

CORRECTIONAL MEDIAL SERVICES, INC., et al.,

        Defendants.

_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on February 12, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 12, 2010, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment filed by Defendants Pramstaller, Howes, Ormes, Caruso, Gidley, Blount, Halfman, Schorfhaar and DeKeyser (docket #153) is **GRANTED**, dismissing these defendants only from the case.


                                                  /s/ Robert J. Jonker
                                                 ROBERT J. JONKER
                                      UNITED STATES DISTRICT JUDGE


DATED: March 5, 2010.